# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.  11-cv-00997-LTB-BNB

ROBERT W. BLEIL,

      Plaintiff,

v.

WILLIAMS PRODUCTION RMT COMPANY, LLC,

      Defendant.

_____

## MINUTE ORDER

_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


      Plaintiff's Unopposed Motion to Amend Complaint (Doc 8 - filed May 6, 2011) is **GRANTED**.  Plaintiff is directed to file his Amended Complaint.




Dated:  May 9, 2011
_____