IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No. 11-cv-00997-LTB-GJR

ROBERT W. BLEIL,

    Plaintiff,

v.

WILLIAMS PRODUCTION RMT COMPANY, LLC,
a Delaware limited liability company, and
THE WILLIAMS COMPANIES, INC.
SEVERANCE PAY PLAN,
a welfare benefits plan,

    Defendants.

---

### ORDER RE: JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER (Doc. 31)

---

    The Joint Motion for Entry of Stipulated Protective Order (Doc. 31) is **GRANTED**.

DATED: December 12, 2011

                                        BY THE COURT:

                                        s/ Gudrun J. Rice
                                        Gudrun J. Rice
                                        United States Magistrate Judge