IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No. 11-cv-00997-LTB-GJR

ROBERT W. BLEIL,

      Plaintiff,

v.

WILLIAMS PRODUCTION RMT COMPANY, LLC,
a Delaware limited liability company, and
THE WILLIAMS COMPANIES, INC.
SEVERANCE PAY PLAN,
a welfare benefits plan,

      Defendants.

---

## ORDER

---

    This matter has been referred to me to, *inter alia*, to convene such settlement conferences as may facilitate resolution of this case.

    The matter is set before me for a Pretrial Conference on June 07, 2012 at 10:30 a.m.  I now set this matter for a Telephonic Status Conference on February 07, 2012 at 1:00 p.m.  **Counsel shall coordinate to create a conference call among themselves before contacting the court at 970.241.2187 at the scheduled time.**

    The parties shall be prepared to advise the Court of the status of alternative dispute resolution efforts and whether a settlement conference before the undersigned would facilitate resolution of this case.

DATED:    January 10, 2012.

BY THE COURT:

s/ Gudrun J. Rice

_____

Gudrun J. Rice
U.S. Magistrate Judge