IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No. 11-cv-00997-LTB-GJR

ROBERT W. BLEIL,

    Plaintiff,

v.

WILLIAMS PRODUCTION RMT COMPANY, LLC,
a Delaware limited liability company, and
THE WILLIAMS COMPANIES, INC.
SEVERANCE PAY PLAN,
a welfare benefits plan,

    Defendants.

---

### ORDER RE: JOINT MOTION TO AMEND/CORRECT/MODIFY SCHEDULING ORDER (Doc. 38)

---

    The parties Joint Motion to Amend/Correct/Modify Scheduling Order (Doc. 38) is

**GRANTED**.

    The Scheduling Order is amended as follows:

| | |
|---|---|
| Discovery Cutoff | May 15, 2012 |
| Dispositive Motions | June 15, 2012 |
| Expert Witness Disclosures | Primary Experts - March 31, 2012 |
| | Rebuttal Experts - April 30, 2012 |
| Final Pretrial Order | (To be set by court seven days before PTC) |
| Pretrial Conference | (To be set by court) |

    This matter remains set for a five (5) day jury trial before the Honorable Lewis T. Babcock beginning January 14, 2013, and for a trial preparation conference on December 19, 2012.

The Settlement Conference before Magistrate Judge Gudrun J. Rice remains set for May 16, 2012 at 9:00 a.m. in Grand Junction, Colorado.

DATED: February 28, 2012

                              BY THE COURT:

                              s/ Gudrun J. Rice
                              Gudrun J. Rice
                              United States Magistrate Judge