# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00997-LTB – GJR

ROBERT W. BLEIL,

    Plaintiff,

v.

WILLIAMS PRODUCTION RMT COMPANY, LLC, a Delaware limited
liability company, and THE WILLIAMS COMPANIES, INC.
SEVERANCE PAY PLAN, a welfare benefits plan,

    Defendants.

---

## ORDER REGARDING UNOPPPOSED MOTION TO AMEND SCHEDULING ORDER

---

The Court, having received and reviewed the Unopposed Motion to Amend Scheduling Order, and being otherwise apprised in the premises, hereby orders as follows:

1. The following revisions to the Scheduling Order are GRANTED:

   a) Initial Experts under § 9(d)(3) of the Order shall be disclosed on or before **April 13, 2012**.

   b) Rebuttal Experts under § 9(d)(4) shall be disclosed on or before **May 11, 2012**.

2. All other dates and deadlines not specified herein shall remain the same.

DONE this 4th day of April, 2012.

BY THE COURT:

_____
U.S. ~~District Court Judge~~ Magistrate Judge
District of Colorado