**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-00997-LTB-GJR

ROBERT W. BLEIL,

      Plaintiff,

v.

WILLIAMS PRODUCTION RMT COMPANY, LLC, a Delaware limited liability company, and THE WILLIAMS COMPANIES, INC. SEVERANCE PAY PLAN, a welfare benefits plan,

      Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Joint Motion for Entry of Inadvertent Disclosure Agreement (Doc 44 - filed April 30, 2012) is **GRANTED**. The tendered Inadvertent Disclosure Agreement is accepted for filing.

Dated: May 1, 2012
_____