IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No. 11-cv-00997-LTB-GJR

ROBERT W. BLEIL,

     Plaintiff,

v.

WILLIAMS PRODUCTION RMT COMPANY, LLC,
a Delaware limited liability company, and
THE WILLIAMS COMPANIES, INC.
SEVERANCE PAY PLAN,
a welfare benefits plan,

     Defendants.

## ORDER MODIFYING SCHEDULING ORDER

Upon recommendation and by agreement of the parties, and after further consideration by the Court at the Status Conference held on May 23, 2012, the Scheduling Order is modified as follows:

     Discovery cutoff:   July 30, 2012

     Dispositive motion deadline:   August 15, 2012

     Parties shall designate all experts no later than June 15, 2012

     Parties shall designate all rebuttal experts no later than June 30, 2012

The matter is set for Pretrial Conference before the U.S. Magistrate Judge in Grand Junction on October 25, 2012 at 10:00 a.m.  A proposed pretrial order shall be prepared by the parties and submitted to the Court by no later than October 18, 2012.

The matter remains set for a five (5) day jury trial before District Judge Babcock beginning January 14, 2013 and set for a trial preparation conference before District Judge Babcock on December 19, 2012.

Pretrial Conference set for June 07, 2012 at 2:30 p.m. is **VACATED**.

DATED:  May 23, 2012

BY THE COURT:

s/ Gudrun J. Rice
Gudrun J. Rice
United States Magistrate Judge