## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00997-LTB-GPG

ROBERT W. BLEIL,

    Plaintiff,

v.

WILLIAMS PRODUCTION RMT COMPANY, LLC, a Delaware limited liability company, and
THE WILLIAMS COMPANIES, INC. SEVERANCE PAY PLAN, a welfare benefits plan,

    Defendants.

## FINAL JUDGMENT

    PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Orders entered during the course of proceedings in this case, the following FINAL JUDGMENT is hereby entered.

    I.  PURSUANT to and in accordance with the Order entered by the Honorable Lewis T. Babcock on November 30, 2012, incorporated herein by reference, it is

    ORDERED that Defendants' Motion for Summary Judgment and Supporting Brief is GRANTED IN PART.  It is

    FURTHER ORDERED that because the Plaintiff's surviving claim is asserted only against the Company, the Severance Plan is dismissed from the case.

    II.  PURSUANT to and in accordance with the Order entered by the Honorable Lewis T. Babcock on December 11, 2012, incorporated herein by reference, it is

    ORDERED that the Summary Judgment Order is hereby modified to reflect the parties' stipulation that Plaintiff was paid in full for the 863 RSUs in question.  It is

FURTHER ORDERED that Defendants' Motion for Summary Judgment and Supporting Brief is GRANTED in whole. It is

FURTHER ORDERED that summary judgment is hereby entered in favor of Defendants, Williams Production RMT Company, LLC and The Williams Companies, Inc. Severance Pay Plan, and against Plaintiff, Robert W. Bleil. It is

FURTHER ORDERED that Plaintiff's Amended Complaint and this civil action are DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that Defendants, Williams Production RMT Company, LLC and The Williams Companies, Inc. Severance Pay Plan shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment.

DATED at Denver, Colorado this  13th  day of December, 2012.

           FOR THE COURT:

           JEFFREY P. COLWELL, CLERK

           By: s/ Edward P. Butler
           Edward P. Butler,
           Deputy Clerk